IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3123 |
| vs. | ORDER |
| MIGUEL LUNA, | |
| Defendant. | |

1) The Marshall shall release Defendant to Mary Gutierrez at 7:00 a.m. on December 20, 2018 for transport to St. Francis Residential Treatment Facility in Grand Island, Nebraska. Defendant must arrive at the St. Francis facility no later than 9:30 a.m.

2) Defendant shall comply with all terms of the order setting Defendant's conditions of release which was entered on December 17, 2018. (See Filing No. 32).

December 19, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge