IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

MIGUEL LUNA,

                    Defendant.

**4:18-CR-3123**

**ORDER**

IT IS ORDERED that:

1.    The defendant's unopposed Motion to Continue Sentencing (filing 49) is granted.

2.    Defendant Miguel Luna's sentencing is continued to October 25, 2019, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 2nd day of August, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge