IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MIGUEL LUNA,<br><br>        Defendant. | 4:18-CR-3123<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 70) is granted.

2. Defendant Miguel Luna's sentencing is continued to September 10, 2020, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

3. No further continuances will be granted without a substantial showing of good cause.

Dated this 27th day of August, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge