IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>MIGUEL LUNA,<br><br>         Defendant. | 4:18-CR-3123<br><br>ORDER |

IT IS ORDERED:

1. The defendant's motion to extend (filing 79) is granted.

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at 1:00 P.M. on February 3, 2021.

3. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 13th day of January, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge